IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DWIGHT J LOMAX JR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-097 |
| | ) | |
| HABERSHAM COUNTY DETENTION CENTER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though the actions complained of were allegedly taken against Plaintiff while he was housed at Hart County Detention Center located in Hartwell, Georgia.[1] As Hart County is located in the Middle District of Georgia, the proper venue is the Athens Division of that District Court. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Athens Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. For Plaintiff's

---

[1] Although the only named Defendant is Habersham County Detention Center, which is located in the Northern District of Georgia, Plaintiff's statement of claim alleges he is currently housed in Hart County Detention Center, located in the Middle District of Georgia, and complains about issues surrounding the conditions of his confinement at Hart County Detention Center. (Doc. no. 1, p. 5.) Accordingly, because Hart County is in the Middle District of Georgia, the Court finds the Middle District of Georgia is a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b)(2).

information, the mailing address for future filings in the Middle District of Georgia is: Clerk, U.S. District Court, P.O. Box 1106, Athens, GA 30601.

SO ORDERED this 30th day of April, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA